**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

Southern District of New York
**Case No. 12–36235–cgm**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kanto Elezaj
  aka John Elezaj
  124 Agor Lane
  Mahopac, NY 10541

Last four digits of Social–Security or other Individual Taxpayer–Identification No(s)(if any):
  xxx–xx–1494

Employer Tax–Identification No(s).(EIN)[if any]:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>August 21, 2012</u>          <u>Cecelia G. Morris</u>
                      United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of New York

In re:                                                              Case No. 12-36235-cgm
Kanto Elezaj                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-4          User: gcolon          Page 1 of 3          Date Rcvd: Aug 21, 2012
                             Form ID: b18           Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2012.
db        +Kanto Elezaj,   124 Agor Lane,   Mahopac, NY 10541-1324
5854458   +ACB AMERICAN, INC.,   P.O. BOX 2548,   CINCINNATI, OH 45201-2500
5854459   +AMERICAN EXPRESS,   NCO FINANCIAL SYSTEMS, INC.,   P.O. BOX 15456,   WILMINGTON, DE 19850-5456
5854463   +BONDED COLLECTION CORPORATION,   P.O. BOX 2373,   CHICAGO, IL 60690-2373
5854464   +CCSI,   P.O. BOX 34119,   MEMPHIS, TN 38184-0119
5854465   +CHASE BANK USA, N.A.,   FREDERICK J, HANNA & ASSC, PC,   1427 ROSWELL ROAD,
           MARIETTA, GA 30062-3668
5854468   +CLIENT SERVICES, INC.,   3451 HARRY TRUMAN BLVD.,   SAINT CHARLES, MO 63301-9816
5854471   +DIVERSIFIED RECOVERY SOLUTIONS,   P.O. BOX 553,   ARDSLEY, NY 10502-0553
5854472   +ENCORE RECEIVABLE,   MANAGEMENT , INC.,   P.O. BOX 7000,   OLATHE, KS 66063-0700
5854473   +EXXON/MOBIL,   P.O. BOX 6404,   SIOUX FALLS, SD 57117-6404
5854474    FIRST SOURCE ADVANTAGE, LLC,   P.O. BOX 628,   BUFFALO, NY 14240-0628
5854475   +FORSTER & GRABUS LLP,   60 MOTOR PARKWAY,   P.O. BOX 9030,   COMMACK, NY 11725-9030
5854476   +FREDERICK J. HANNA & ASSOC.,   1427 ROSWELL ROAD,   MARIETTA, GA 30062-3668
5854478   +GC SERVICES LP,   P.O. BOX 3232,   HOUSTON, TX 77253-3232
5854477   +GC SERVICES LP,   P.O. BOX 39050,   PHOENIX, AZ 85069-9050
5854479   +HOME DEPOT CREDIT SERVICE,   PROCESSING CENTER,   DES MOINES, IA 50364-0001
5854480   +JAMES A. WEST, P.C.,   6380 ROGERDALE ROAD,   SUITE 130,   HOUSTON, TX 77072-1647
5854481    JP MORGAN CHASE BANK N.A.,   P.O. BOX 659754,   SAN ANTONIO, TX 78265-9754
5854485   +NATIONAL CITY BANK,   C/O FEIN SUCH & CRANE, LLP,   7 CENTURY DRIVE, SUITE 201,
           PARSIPPANY, NJ 07054-4609
5854486   +NATIONWIDE CREDIT, INC.,   P.O. BOX 26314,   LEHIGH VALLEY, PA 18002-6314
5854488   +NORTHSTAR LOCATION SERVICES,   FINANCIAL SERVICES DEPT.,   4285 GENESEE STREET,
           CHEEKTOWAGA, NY 14225-1943
5854489    NORTHSTAR LOCATION SERVICES, L,   FINANCIAL SERVICES DEPT.,   4285 GENESEE STREET,
           CHEEKTOWAGA, NY 14225-1943
5854490   +PNC BANK,   P.O. BOX 856177,   LOUISVILLE, KY 40285-6177
5854491   +PRUDENTIAL,   PO BOX 856006,   LOUISVILLE, KY 40285-6006
5854497   +WEBBANK/DFS,   3500 WADLEY PLACE,   BLDG A,   AUSTIN, TX 78728-1279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr        +EDI: QMTOTOOLE.COM Aug 21 2012 19:18:00    Marianne T. O'Toole,   Marianne T. O'Toole, LLC,
           22 Valley Road,   Katonah, NY 10536-2106
ust       +E-mail/Text: ustpregion02.pk.ecf@usdoj.gov Aug 21 2012 19:20:09    United States Trustee,
           74 Chapel Street,   Albany, NY 12207-2190
5854461    EDI: AMEREXPR.COM Aug 21 2012 19:18:00    AMERICAN EXPRESS,   P.O. BOX 1270,
           NEWARK, NJ 07101-1270
5854460    EDI: AMEREXPR.COM Aug 21 2012 19:18:00    AMERICAN EXPRESS,   P.O. BOX 297858,
           FORT LAUDERDALE, FL 33329-7858
5857284    EDI: BECKLEE.COM Aug 21 2012 19:18:00    American Express Centurion Bank,
           c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
5891701   +EDI: ATLASACQU.COM Aug 21 2012 19:18:00    Atlas Acquisitions LLC,   294 Union St.,
           Hackensack, NJ 07601-4303
5854462    EDI: BANKAMER2.COM Aug 21 2012 19:18:00    BANK OF AMERICA,   P.O. BOX 15726,
           WILMINGTON, DE 19886-5726
5854466   +EDI: CITICORP.COM Aug 21 2012 19:18:00    CITI CARDS,   701 EAST 60TH STREET N.,   P.O. BOX 6241,
           SIOUX FALLS, SD 57117-6241
5854467    EDI: CIAC.COM Aug 21 2012 19:18:00    CITIMORTGAGE, INC.,   P.O. BOX 183040,
           COLUMBUS, OH 43218-3040
5854469    EDI: DISCOVER.COM Aug 21 2012 19:18:00    DISCOVER CARD,   P.O. BOX 71084,
           CHARLOTTE, NC 28272-1084
5854482   +EDI: RESURGENT.COM Aug 21 2012 19:18:00    LVNV FUNDING LLC,   P.O. BOX 740281,
           HOUSTON, TX 77274-0281
5854483    EDI: TSYS2.COM Aug 21 2012 19:18:00    MACY'S,   P.O. BOX 689194,   DES MOINES, IA 50368-9194
5854484    EDI: MID8.COM Aug 21 2012 19:18:00    MIDLAND CREDIT MANAGEMENT INC,   P.O. BOX 60578,
           LOS ANGELES, CA 90060-0578
5854487    E-mail/Text: bankruptcydepartment@ncogroup.com Aug 21 2012 19:20:41    NCO FINANCIAL SYSTEMS,
           P.O. BOX 15889,   WILMINGTON, DE 19850-5889
5854492   +EDI: SEARS.COM Aug 21 2012 19:18:00    SEARS CREDIT CARDS,   P.O. BOX 183082,
           COLUMBUS, OH 43218-3082
5854493   +EDI: SEARS.COM Aug 21 2012 19:18:00    SEARS/CITIBANK,   P.O. BOX 6241,
           SIOUX FALLS, SD 57117-6241
5854495   +EDI: USBANKARS.COM Aug 21 2012 19:18:00    TOYOTA FINANCIAL SERVICES,   CARDMEMBER SERVICE,
           P.O. BOX 108,   SAINT LOUIS, MO 63166-0108
5854494    EDI: TFSR.COM Aug 21 2012 19:19:00    TOYOTA FINANCIAL SERVICES,   P.O. BOX 5855,
           CAROL STREAM, IL 60197
5854496   +E-mail/Text: bpeterson@vikingservice.com Aug 21 2012 19:19:41    VIKING COLLECTION SERVICES,
           P.O. BOX 59207,   MINNEAPOLIS, MN 55459-0207
                                                                              TOTAL: 19

```
District/off: 0208-4          User: gcolon          Page 2 of 3          Date Rcvd: Aug 21, 2012
                              Form ID: b18          Total Noticed: 44


          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5854470*     DISCOVER CARD,  P.O. BOX 71084,   CHARLOTTE, NC 28272-1084
                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Aug 23, 2012**                    **Signature:**      _Joseph Speetjens_

District/off: 0208-4          User: gcolon          Page 3 of 3          Date Rcvd: Aug 21, 2012
                             Form ID: b18          Total Noticed: 44


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2012 at the address(es) listed below:
          Benjamin M. Adams    on behalf of Debtor Kanto Elezaj ben@adamsatlaw.com,
           evan@outsourceyourbankruptcyfilings.com
          Marianne T. O'Toole    trustee@otoolegroup.com,  NY75@ecfcbis.com;motoole@ecf.epiqsystems.com
          United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
                                                                        TOTAL: 3